24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5554. Stephen Ceslik, Petitioner v. Miller Ford, Inc.**

565 U.S. 812, 132 S. Ct. 89, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6842.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5687. Paul Alonzo Ewing, Petitioner v. United States.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6977.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5664. Michael R. Ochoa, Petitioner v. Erin Rubin.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6631.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5886. Horace Linton Brown, Petitioner v. United States.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6981.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5682. Carlos Reyes, Petitioner v. United States.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6963.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24,

**No. 11-5954. Cheryl J. Latos, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6930.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis